ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

PATRICK D. KUMMERER
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  patrick.kummerer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

JUL 11 2019

at___o'clock and___min.___M
**SUE BEITIA, CLERK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ANITA S. THOMAS,<br><br>                    Defendant. | PO. NO.: PO19-00168 KSC<br>INFORMATION<br><br>18 U.S.C. § 13;<br>H.R.S. § 291-2,<br><br>Citation No.: 7989326/H-12<br><br>A & P Date:  JUL 23 2019 |

INFORMATION

The United States Attorney charges that:

On or about May 31, 2019, on Fort Shafter, Hawaii, a

place within the special maritime and territorial jurisdiction of

the United States, in the District of Hawaii, ANITA S. THOMAS,

defendant herein, unlawfully operated a motor vehicle upon a

public street, road, or highway recklessly in disregard of the

safety of persons or property.

All in violation of Hawaii Revised Statutes 291-2, a federal offense pursuant to Title 18, United States  Code, Section 13.

DATED: _____ JUL 0 9 2019 _____, Honolulu, Hawaii.


KENJI M. PRICE
United States Attorney
District of Hawaii


By _____
PATRICK D. KUMMERER
Special Assistant U.S. Attorney


Attorneys for Plaintiff
UNITED STATES OF AMERICA


U.S. v. ANITA S. THOMAS
PO. NO.:
Citation No.: 7989326/H-12
"INFORMATION"      PO19 - 00 16 8   KSC